UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL MELTON,

     Petitioner,

v.                                                                          Case No. 2:09-cv-92
                                                              HON. R. ALLAN EDGAR

HUGH WOLFENBARGER,

     Respondent.
_____/

**MEMORANDUM  AND  ORDER**

Petitioner Michael Melton, a Michigan state prisoner in the custody of the Michigan Department of Corrections, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254.  On July 8, 2011, Magistrate Judge Timothy P. Greeley submitted his report and recommendation. [Doc. No. 30].  It is recommended that the habeas petition be denied and dismissed with prejudice, and that a certificate of appealablity be denied under 28 U.S.C. § 2253(c)(2).  Petitioner Melton has not timely filed any objections to the report and recommendation.

After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b).  The Court concludes that the habeas petition brought under 28 U.S.C. § 2254 is without merit.  The habeas petition shall be **DENIED and DISMISSED WITH PREJUDICE**.

If petitioner Melton files a notice of appeal, it will be treated as an application for a certificate of appealability which shall be **DENIED** pursuant to 28 U.S.C. § 2253(c)(2); Fed. R. App. P.

22(b)(1); and *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), for the same reasons expressed in the report and recommendation.  Petitioner Melton has not made a substantial showing of the denial of a federal constitutional right.  Reasonable jurists could not find that dismissal of the habeas is debatable or erroneous.

The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(3) and Fed. R. App. P. 24(a) that any appeal from the decision and judgment in this case would be frivolous and not taken in good faith.

A separate judgment will enter.

SO ORDERED.

Dated:  July 27, 2011.


                                   */s/    R. Allan Edgar*
                                   R. ALLAN EDGAR
                                   UNITED STATES DISTRICT JUDGE